**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 27 2007   ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
NETANEL MILLER, CHAYA MILLER and
ARIE MILLER,

               Plaintiffs,

    -against-

ARAB BANK, PLC,

               Defendant.
--------------------------------------------------------x

No. 05 CV 5518 (NG)(VVP)

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT
TO FRCP 41(a)(1)(i)**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and the Stipulation and Consent

Order entered by the parties on January 6, 2006 allowing Plaintiffs to file a supplemental

complaint by February 7, 2006 adding the above-captioned Plaintiffs to the action captioned

*Coulter, et al. v. Arab Bank, Plc.*, 05-CV-365 (NG)(VVP) (E.D.N.Y.) (the "Coulter Action"),

and Plaintiffs having filed a supplemental complaint on February 7, 2006 (Coulter Action Docket

No. 102), Plaintiffs in the above-captioned action hereby dismiss the above-captioned action

against Defendant Arab Bank, Plc without prejudice.

Dated: February 26, 2007

OSEN & ASSOCIATE, LLC
Gary M. Osen
Aaron Schlanger
700 Kinderkamack Road
Oradell, New Jersey 07649
(201) 265-6400

Attorneys for Plaintiffs

So Ordered.
s/NG
USDJ
2-27-07